1  Deborah C. Saxe (State Bar No. 81719)
   dsaxe@jonesday.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
5
   Aaron Agenbroad (State Bar No. 242613)
6  alagenbroad@jonesday.com
   JONES DAY
7  555 California Street
   26th Floor
8  San Francisco, CA 94104
   Telephone:  (415) 626-3939
9  Facsimile:    (415) 875-5700

10 Attorneys for Defendant
   CHEVRON STATIONS INC.
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

| 15 | Catherine Tremblay, individually and on behalf of all others similarly situated, | CASE NO. CV 07-6009 EDL |
|---|---|---|
| 16 | | PROOF OF SERVICE OF ANSWER TO COMPLAINT |
| 17 | Plaintiff, | |
| 18 | v. | Complaint Filed: November 28, 2007 |
| 19 | Chevron Stations, Inc., a Delaware Corporation, | |
| 20 | Defendant. | |

SFI-576143v1                              1

<u>**PROOF OF SERVICE**</u>
**(CCP §§ 1013a, 2015.5)**

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN FRANCISCO )

    I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

    On **December 19, 2007**, I served the foregoing: **ANSWER TO COMPLAINT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> **Alan Harris**
> **David Zelenski**
> **HARRIS & RUBLE**
> **5455 Wilshire Boulevard, Suite 1800**
> **Los Angeles, CA 90036**
> **Telephone:    (323) 931-3777**
> **Facsimile     (323) 931-3366**

[XX]  **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **VIA FACSIMILE TRANSMISSION:** I caused such document to be transmitted from facsimile number (415) 626-3939 to the facsimile machine(s) of the party(ies) listed on the attached service list prior to 5:00 p.m. on the date specified above. The facsimile machine I used was in compliance with California Rule of Court 2003(3) and the transmission was reported as complete and without error. Pursuant to California Rule of Court 2208(e)(4), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine, and a copy of the transmission report is attached hereto. The parties have agreed in writing to service of the document listed above by facsimile.

[ ]  **BY PERSONAL SERVICE:** I delivered such envelope to the offices of the addressee(s) with delivery time prior to 5:00 p.m. on the date specified above.

[ ]  **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XX]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

    Executed on **December 19, 2007**, at San Francisco, California.

                                          */s/ Sandra Altamirano*
                                               **Sandra Altamirano**

SFI-576143v1