United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE TREMBLAY,

          Plaintiff,

    v.

CHEVRON STATIONS,

          Defendants.

_____/

No. C 07-6009  EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for 10:00 a.m. on February 26, 2008, has been **reset to 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than February 19, 2008.

Dated:  February 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____
Lili M. Harrell
Courtroom Deputy