## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

In addition, the Court orders:



Plaintiff is ordered to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

ELIZABETH D. LAPORTE
United States Magistrate Judge