UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Catherine Tremblay, individually and on
behalf of all others similarly situated,

        Plaintiff(s),

        v.

Chevron Stations, Inc., a Delaware
Corporation,

        Defendant(s).

CASE NO. CV 07-6009 EDL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✔ request an ~~Early~~ Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Alan Harris | Plaintiff | (323) 931-3777 | law@harrisandruble.com |
| Deborah C. Saxe | Defendant | (213) 489-3939 | dsaxe@jonesday.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/20/08

                                  [signature]
                                  Attorney for Plaintiff

Dated: 2/20/08

                                  [signature]
                                  Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."