1  Deborah C. Saxe (State Bar No. 81719)
   dsaxe@jonesday.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA 90071-2300
4  Telephone: (213) 489-3939
   Facsimile: (213) 243-2539
5
   Aaron L. Agenbroad (State Bar No. 242613)
6  alagenbroad@jonesday.com
   Catherine S. Nasser (State Bar No. 246191)
7  cnasser@jonesday.com
   JONES DAY
8  555 California Street
   26th Floor
9  San Francisco, CA 94104
   Telephone: (415) 626-3939
10 Facsimile: (415) 875-5700

11 Attorneys for Defendant
   CHEVRON STATIONS INC.
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chevron Stations, Inc., a Delaware Corporation,<br><br>Defendant. | **CASE NO. CV 07-6009 EDL**<br><br>**DEFENDANT CHEVRON STATIONS INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Complaint Filed: November 28, 2007 |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Chevron Stations Inc. ("Defendant") hereby makes the following Corporate Disclosure Statement:

1. Chevron Corporation is a parent corporation of Defendant and owns 10% or more of Defendant's stock.

2. Chevron U.S.A. Inc. is a parent corporation of Defendant. Chevron U.S.A. Inc. is not a publicly held corporation.

Dated: February 21, 2008                JONES DAY

                                        By:   /S/ Aaron L. Agenbroad
                                              Aaron L. Agenbroad

                                        Attorneys for Defendant
                                        CHEVRON STATIONS INC.

SFI-578544v1