| | |
|---|---|
| 1 | Deborah C. Saxe (State Bar No. 81719) |
|   | dsaxe@jonesday.com |
| 2 | JONES DAY |
|   | 555 South Flower Street |
| 3 | Fiftieth Floor |
|   | Los Angeles, CA  90071-2300 |
| 4 | Telephone:     (213) 489-3939 |
|   | Facsimile:      (213) 243-2539 |
| 5 | |
|   | Aaron L. Agenbroad (State Bar No. 242613) |
| 6 | alagenbroad@jonesday.com |
|   | Catherine S. Nasser (State Bar No. 246191) |
| 7 | cnasser@jonesday.com |
|   | JONES DAY |
| 8 | 555 California Street |
|   | 26th Floor |
| 9 | San Francisco, CA 94104 |
|   | Telephone:  (415) 626-3939 |
| 10 | Facsimile:    (415) 875-5700 |
| 11 | Attorneys for Defendant |
|    | CHEVRON STATIONS INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated, | **CASE NO. CV 07-6009 EDL** |
| Plaintiff, | |
| v. | **DEFENDANT CHEVRON STATIONS INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Chevron Stations, Inc., a Delaware Corporation, | |
| Defendant. | Complaint Filed:  November 28, 2007 |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

1  substantially affected by the outcome of this proceeding: Chevron Corporation and Chevron
2  U.S.A. Inc., parent corporations of Defendant Chevron Stations Inc.

Dated: February 21, 2008

JONES DAY

By:   /S/ Aaron L. Agenbroad
      Aaron L. Agenbroad

Attorneys for Defendant
CHEVRON STATIONS INC.

SFI-578431v1