UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Catherine Tremblay, individually and on
behalf of all others similarly situated
                              Plaintiff(s),

v.

Chevron Stations, Inc.

                              Defendant(s).

Case No. CV 07-6009 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District
of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 2/22/08

Dated: 2/22/08

_Catherine Tremblay_
[Party]

[Counsel]