POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| David S. Harris, 215224<br>NORTH BAY LAW GROUP<br>901 IRWIN ST<br>SAN RAFAEL, CA 94901-3317<br>TELEPHONE NO.: (415) 460-5300<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Tremblay, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Chevron Stations, Inc., et al. | CV076009 (EDL) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Chevron - H&R |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Class Action Complaint, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Re Case Management Conference, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, District Court Information

3. a. Party served: Chevron Stations, Inc., a Delaware Corporation

   b. Person Served: Becky DeGeorge of Prentice-Hall Corp. System, Inc. - Person authorized to accept service of process

4. Address where the party was served: 2730 Gateway Oaks Drive Suite 100
   Sacramento, CA 95833

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 11/29/2007    (2) at (time): 1:47 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Chevron Stations, Inc., a Delaware Corporation

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:    Tyler Dimaria
   b. Address:    One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number:    415-491-0606
   d. The fee for service was: $ 30.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/22/2008

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6652385