UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CATHERINE TREMBLAY,
individually and on behalf of all others
similarly situated,
        Plaintiff(s),

v.

CHEVRON STATIONS, INC.,
a Delaware Corporation
        Defendant(s).

Case No. CV-07-6009 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 25, 2008

[Party]
Chevron Stations, Inc.

Dated: February 25, 2008

/S/ Catherine S. Nasser
[Counsel]
Jones Day

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com