# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Catherine Tremblay, individually and on behalf of
all others similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

### V.

Chevron Stations, Inc., a Delaware Corporation.

*EDL*



TO: (Name and address of defendant)

Chevron Stations, Inc.
6001 Bollinger Canyon Road
San Ramon, California 94583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

DATE    NOV 2 7 2007

AO 440 (Rev. 8/91) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me  TYLER DIMAPIA | 11/29/07 |

| NAME OF SERVER | TITLE |
|---|---|
| TYLER DIMAPIA | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:
   PRENTICE-HALL CORP SYSTEM INC
   2730 GATEWAY OAKS DRIVE, Suite 100
   SACRAMENTO, CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $30.00 | $30.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/22/08
             Date

Signature of Server

504 REDWOOD BLVD #223
NOVATO, CA. 94947
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

10943715.fil - 2/22/2008 12:26:59 PM

11Α38600 fil - 2/22/2008 4:12:19 PM

POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>David S. Harris, 215224<br>NORTH BAY LAW GROUP<br>901 IRWIN ST<br>SAN RAFAEL, CA 94901-3317<br>TELEPHONE NO.: (415) 460-5300<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Tremblay, et al.<br><br>DEFENDANT/RESPONDENT: Chevron Stations, Inc., et al. | CASE NUMBER:<br>CV076009 (EDL) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Chevron - H&R |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Class Action Complaint, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Re Case Management Conference, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, District Court Information

3. a. Party served: Chevron Stations, Inc., a Delaware Corporation

   b. Person Served: Becky DeGeorge of Prentice-Hall Corp. System, Inc. - Person authorized to accept service of process

4. Address where the party was served: 2730 Gateway Oaks Drive Suite 100
   Sacramento, CA 95833

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 11/29/2007    (2) at *(time)*: 1:47 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Chevron Stations, Inc., a Delaware Corporation

   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Tyler Dimaria
   b. Address:    One Legal, Inc. - 132-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number:    415-491-0606
   d. The fee for service was:  $ 30.00
   e. I am:
      (3) registered California process server.
          (i) Employee or independant contractor.
          (ii) Registration No.: 2006-06
          (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/22/2008

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
FF# 6652385