Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TREMBLAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON STATIONS, INC., and DOE ONE through and including DOE TEN,<br><br>Defendants. | Case No.: CV 07-6009 EDL<br><br>**HARRIS DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM REGARDING BRIEFING SCHEDULE FOR MOTION FOR CERTIFICATION OF COLLECTIVE ACTION**<br><br>Date: N/A<br>Time: N/A<br><br>Magistrate Judge Elizabeth D. LaPorte |

ALAN HARRIS declares under penalty of perjury as follows:

1. I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiff. I make this declaration in support of Plaintiff's Memorandum Regarding the Briefing Schedule for the Motion for Certification of a Collective Action. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

2. Attached as Exhibit 1 is a copy of a document produced by the Defendant in its initial disclosures, an "in station time sheet" for the week ending March 25, 2007. (CHEV_TREM0000165) Exhibit 2 is a copy of the Plaintiff's pay stub for the week ending March 25, 2007, as provided to the undersigned by Plaintiff. Exhibit 2 appears to have been generated from the information on the "in station time sheet." Analysis of these documents indicates that Plaintiff's night shift overtime payment was computed using the $8.50 (day shift) * 1.5 rate rather than $9.00 (night shift) * 1.5 rate.

I have read the foregoing declaration and the facts set forth therein are true of my own personal knowledge. Executed this 28th day of February, 2007, in the County of Los Angeles, State of California.

_____
Alan Harris