[Handwritten/faxed weekly in-station timesheet - California only, for Chevron Stations. Station location: 879 Hopper Ave. Station number: 1359. Week ending: 3/25/02. Page 1 of 2. Fax received for CHEVRON: 03/26/2007 08:09AM, Printed 03/26/2007 08:14AM, Pg 2/4.]

[Timesheet contains columns for employees (Station Mgr: Suzana Shrestha; Assistant Mgr; Cashiers) with daily in/out times Monday through Sunday, and totals columns for REG, OVT, DT, HOL, HW, VAC, SK, TR, SD. Handwritten entries throughout.]

Totals shown:
- MANAGER TOTAL HOURS: 49.00
- MANAGER OVERTIME HOURS: 8.00
- CASHIER REGULAR HOURS: 73.00
- CASHIER OVERTIME HOURS: 7.00
- CASHIER DOUBLE TIME HOURS: —
- TOTAL HOLIDAY HOURS: —
- TOTAL HOLIDAY WORKED COMP: —
- TOTAL VACATION HOURS: 141.50
- TOTAL SICK HOURS: —
- TOTAL TRAINING/CLASS HOURS: 8.00
- TOTAL SHIFT DIFFERENTIAL: —
- TOTAL MEAL PERIOD UNPAID HOURS: 7.00
- TOTAL JURY DUTY HOURS: —
- TOTAL BEREAVEMENT HOURS: —
- STATION TOTAL HOURS: 286.7

Total Forecasted Hours: 286
Total Hours Worked: 286

Exhibit 1

CHEV_TREM0000165