

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4148 | Single | US-0/0  CA-0/0 | | 040065370 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 03/19/07 | 03/25/07 | 03/30/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 23.50 | 199.75 | 1,827.75 |
| Shift Differential Field | 9.0000 | 16.50 | 148.50 | 2,684.50 |
| Overtime - 1.5x | 12.7500 | 0.50 | 6.38 | 19.14 |
| Total | | | 354.63 | 4,531.39 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 38.37 | 486.93 |
| Social Security (FICA) | 21.99 | 280.95 |
| Federal Medicare | 5.15 | 65.71 |
| California Income Tax | 4.51 | 57.07 |
| California State Disability | 2.13 | 27.19 |
| Total | 72.15 | 917.85 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 19.95 | 39.90 |
| Starbridge Dental Employee + 1 | 7.90 | 15.80 |
| Child Support | 28.84 | 259.56 |
| Arrearages | 11.54 | 103.86 |
| Total | 68.23 | 419.12 |

| W2 Gross | 354.63 | 4,531.39 |
|---|---|---|

| Net Pay | 214.25 |
|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583

Exhibit 2