In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: February 26, 2008

Case No: **C- 07-06009 EDL**

Case Name: **CATHERINE TREMBLAY v. CHEVRON STATIONS INC**

    Attorneys:    Pltf: Alan Harris, David Harris
                      Deft: Deborah Saxe, Catherine Nasser

Deputy Clerk:  Lili M. Harrell        FTR digital recording: 3:23pm - 3:50pm

| **PROCEEDINGS:** | **RULING:** |
| --- | --- |
| 1. Initial Case Management Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:** Plaintiff shall provide brief regarding the scheduling issue of the motion for certification of collective action by 2/28/08. Defendant shall submit response by 3/6/08. Court may set briefing schedule. Parties stipulate to filing of an agreed amended complaint by 3/15/08. Parties to discuss discovery plan**.**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**PRETRIAL SCHEDULE:**
Class Discovery cutoff: 10/1/08
Plaintiffs shall disclose experts: 10/1/08
Defendants shall disclose experts: 10/31/08 dft
Expert discovery cutoff: 1/30/09
Motion to Certify the Rule 23 Class: 2/15/09
Discovery Limits per side: 30 depositions, 50 Interrogatories, 100 Document Requests,
                50 Requests for Admissions.

Notes: Court defers the setting of trial schedule until after ruling on FSLA collective action and Rule 23 class certification motions.

cc: