**Chevron**

P.O. Box 3009
Bothell, WA 98041-3009

01/19/2007                                   D608568

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**                                   $286.51

775 1759            9AJA-1-2741

CATHERINE TREMBLAY
710 CORTE BLANCO
ROHNERT PARK, CA 94928

Not Valid After 6 Months

**NON-NEGOTIABLE**

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| CATHERINE TREMBLAY | 054617 | XXX XX 4143 | Single | US-0/0  CA-0/0 | D608568 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CHEVRON | 2 | 1759 | | 12/18/06 | 01/08/07 | 01/14/07 | 01/19/07 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Shift Differential Field | 9.0000 | 40.00 | 360.00 | 1,008.00 | Checking | 286.51 |
| Total | | | 360.00 | 1,008.00 | | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 39.17 | 106.71 |
| Social Security (FICA) | 22.32 | 62.50 |
| Federal Medicare | 5.22 | 14.62 |
| California Income Tax | 4.62 | 12.42 |
| California State Disability | 2.16 | 6.05 |
| Total | 73.49 | 202.30 |

Your CCE number is: h133

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 360.00 | 1,008.00 |
| Net Pay | 286.51 | |

Chevron Stations Inc.   -   PO BOX 3009   BOTHELL,   WA   98041-3009



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0 | CA-0/0 | 04054289 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 01/29/07 | 02/04/07 | 02/09/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 408.00 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 1,656.00 |
| Overtime 1.5x | 12.7500 | 0.50 | 6.38 | 6.38 |
| Total | | | 354.38 | 2,070.38 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 38.33 | 221.58 |
| Social Security (FICA) | 21.97 | 128.36 |
| Federal Medicare | 5.14 | 30.02 |
| California Income Tax | 4.50 | 25.92 |
| California State Disability | 2.12 | 12.42 |
| Total | 72.06 | 418.30 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 57.68 |
| Arrearages | 11.54 | 23.08 |
| Total | 40.38 | 80.76 |

| W2 Gross | 354.38 | 2,070.38 |
|---|---|---|

| Net Pay | 241.94 | |
|---|---|---|

Chevron Stations Inc. - 6001 BOLLINGER CANYON ROAD San Ramon, CA 94583

© 2006 ADP, Inc.



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0  CA-0/0 | | 04052185 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 01/22/07 | 01/28/07 | 02/02/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 204.00 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 1,512.00 |
| Total | | | 348.00 | 1,716.00 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 183.25 |
| Social Security (FICA) | 21.57 | 106.39 |
| Federal Medicare | 5.04 | 24.88 |
| California Income Tax | 4.38 | 21.42 |
| California State Disability | 2.09 | 10.30 |
| Total | 70.45 | 346.24 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 28.84 |
| Arrearages | 11.54 | 11.54 |
| Total | 40.38 | 40.38 |

| W2 Gross | 348.00 | 1,716.00 |
|---|---|---|

| Net Pay | 237.17 |
|---|---|

Chevron Stations Inc.  -  PO BOX 3009  BOTHELL,  WA  98041-3009



| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0 | CA-0/0 | 04060361 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 02/19/07 | 02/25/07 | 03/02/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 1,020.00 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 2,088.00 |
| Overtime - 1.5x | | | | 6.38 |
| Total | | | 348.00 | 3,114.38 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 333.69 |
| Social Security (FICA) | 21.57 | 193.09 |
| Federal Medicare | 5.05 | 45.16 |
| California Income Tax | 4.38 | 39.06 |
| California State Disability | 2.09 | 18.69 |
| Total | 70.46 | 629.69 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 144.20 |
| Arrearages | 11.54 | 57.70 |
| Total | 40.38 | 201.90 |

| W2 Gross | 348.00 | 3,114.38 |
|---|---|---|

| Net Pay | 237.16 | |
|---|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| CATHERINE TREMBLAY | 054617 | XXX-XX-4143 | Single | US-0/0  CA-0/0 | D606955 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CHEVRON | 2 | 1739 | | 12/18/06 | 01/01/07 | 01/07/07 | 01/12/07 |

**Direct Deposit Accounts**

| | Amount |
|---|---|
| Checking | 232.68 |

Your CORE number is: h133

**Earnings**

| | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Shift Differential Field | 9.0000 | 32.00 | 288.00 | 648.00 |
| Total | | | 288.00 | 648.00 |

**Taxes**

| | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 28.37 | 67.54 |
| Social Security (FICA) | 17.66 | 40.18 |
| Federal Medicare | 4.18 | 9.40 |
| California Income Tax | 3.18 | 7.80 |
| California State Disability | 1.73 | 3.89 |
| Total | 55.32 | 128.81 |

| W2 Gross | 288.00 | 648.00 |
|---|---|---|

| Net Pay | 232.68 |
|---|---|

Chevron Stations Inc.  -  PO BOX 3009  BOTHELL,  WA  98041-3009



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0 | CA-0/0 | 04070378 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1756 | | 12/18/06 | 03/26/07 | 04/01/07 | 04/06/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 16.00 | 136.00 | 1,763.75 |
| Shift Differential Field | 9.0000 | 24.00 | 216.00 | 3,100.50 |
| Overtime 1.5x | | | | 19.14 |
| Total | | | 352.00 | 4,883.39 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.97 | 524.90 |
| Social Security (FICA) | 21.82 | 302.77 |
| Federal Medicare | 5.10 | 70.81 |
| California Income Tax | 4.46 | 61.53 |
| California State Disability | 2.11 | 29.30 |
| Total | 71.46 | 989.31 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 19.95 | 59.85 |
| Starbridge Dental Employee + 1 | 7.90 | 23.70 |
| Child Support | 28.84 | 288.40 |
| Arrearages | 11.54 | 115.40 |
| Total | 68.23 | 487.35 |

| W2 Gross | 352.00 | 4,883.39 |
|---|---|---|

| Net Pay | 212.31 |
|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583

———————————— REMOVE DOCUMENT ALONG THIS PERFORATION ————————————▲

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0  CA-0/0 | | 04056328 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 02/05/07 | 02/11/07 | 02/16/07 |

| Earnings | Rate | Units | Current | Year To Date | |
|---|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 612.00 | Your CCE number is: h133 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 1,800.00 | |
| Overtime - 1.5x | | | - | 6.38 | |
| Total | | | 348.00 | 2,418.38 | |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 258.95 |
| Social Security (FICA) | 21.58 | 149.94 |
| Federal Medicare | 5.05 | 35.07 |
| California Income Tax | 4.38 | 30.30 |
| California State Disability | 2.09 | 14.51 |
| Total | 70.47 | 488.77 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 86.52 |
| Arrearages | 11.54 | 34.62 |
| Total | 40.38 | 121.14 |

| W2 Gross | 348.00 | 2,418.38 |
|---|---|---|

| Net Pay | 237.15 |
|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583

© 2006 ADP, Inc



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| CATHERINE TREMBLAY | 054617 | XXX-XX-4143 | Single | US-0/0  CA-0/0 | 04058339 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CHEVRON | 2 | 1759 | | 12/18/06 | 02/12/07 | 02/18/07 | 02/23/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 816.00 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 1,944.00 |
| Overtime - 1.5x | | | - | 6.38 |
| Total | | | 348.00 | 2,766.38 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 296.32 |
| Social Security (FICA) | 21.58 | 171.52 |
| Federal Medicare | 5.04 | 40.11 |
| California Income Tax | 4.38 | 34.68 |
| California State Disability | 2.09 | 16.60 |
| Total | 70.46 | 559.23 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 115.36 |
| Arrearages | 11.54 | 46.16 |
| Total | 40.38 | 161.52 |

| W2 Gross | 348.00 | 2,766.38 |
|---|---|---|

| Net Pay | 237.16 | |
|---|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0 | CA-0/0 | 04062371 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 02/26/07 | 03/04/07 | 03/09/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | | | | 1,020.00 |
| Shift Differential Field | 9.0000 | 40.00 | 360.00 | 2,448.00 |
| Overtime  1.5x | | | | 6.38 |
| Total | | | 360.00 | 3,474.38 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 39.17 | 372.86 |
| Social Security (FICA) | 22.32 | 215.41 |
| Federal Medicare | 5.22 | 50.38 |
| California Income Tax | 4.62 | 43.68 |
| California State Disability | 2.16 | 20.85 |
| Total | 73.49 | 703.18 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 173.04 |
| Arrearages | 11.54 | 69.24 |
| Total | 40.38 | 242.28 |

| W2 Gross | 360.00 | 3,474.38 |
|---|---|---|

| Net Pay | 246.13 | |
|---|---|---|

Chevron Stations Inc.   -   6001 BOLLINGER CANYON ROAD   San Ramon,   CA   94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-1143 | Single | US-0/0  CA-0/0 | | 04064383 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 03/05/07 | 03/11/07 | 03/16/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 1,224.00 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 2,592.00 |
| Overtime - 1.5x | | | - | 6.38 |
| Total | | | 348.00 | 3,822.38 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 410.23 |
| Social Security (FICA) | 21.58 | 236.99 |
| Federal Medicare | 5.04 | 55.42 |
| California Income Tax | 4.38 | 48.06 |
| California State Disability | 2.08 | 22.93 |
| Total | 70.45 | 773.63 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 201.88 |
| Arrearages | 11.54 | 80.78 |
| Total | 40.38 | 282.66 |

| W2 Gross | 348.00 | 3,822.38 |
|---|---|---|

| Net Pay | 237.17 |
|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0 | CA-0/0 | 04068370 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 03/19/07 | 03/25/07 | 03/30/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 23.50 | 199.75 | 1,627.75 |
| Shift Differential Field | 9.0000 | 16.50 | 148.50 | 2,884.50 |
| Overtime 1.5x | 12.7500 | 0.50 | 6.38 | 19.14 |
| Total | | | 354.63 | 4,531.39 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 38.37 | 486.93 |
| Social Security (FICA) | 21.99 | 280.95 |
| Federal Medicare | 5.15 | 65.71 |
| California Income Tax | 4.51 | 57.07 |
| California State Disability | 2.13 | 27.19 |
| Total | 72.15 | 917.85 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 19.95 | 39.90 |
| Starbridge Dental Employee + 1 | 7.90 | 15.80 |
| Child Support | 28.84 | 259.56 |
| Arrearages | 11.54 | 103.86 |
| Total | 68.23 | 419.12 |

| W2 Gross | 354.63 | 4,531.39 |
|---|---|---|

| Net Pay | 214.25 |
|---|---|

Chevron Stations Inc. - 6001 BOLLINGER CANYON ROAD San Ramon, CA 94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4143 | Single | US-0/0 | CA-0/0 | 04066377 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | | 2 | 1759 | | 12/18/06 | 03/12/07 | 03/18/07 | 03/23/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 1,428.00 |
| Shift Differential Field | 9.0000 | 16.00 | 144.00 | 2,736.00 |
| Overtime - 1.5x | 12.7500 | 0.50 | 6.38 | 12.76 |
| Total | | | 354.38 | 4,176.76 |

Your CCE number is: h133

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 38.33 | 448.56 |
| Social Security (FICA) | 21.97 | 258.96 |
| Federal Medicare | 5.14 | 60.56 |
| California Income Tax | 4.50 | 52.56 |
| California State Disability | 2.13 | 25.06 |
| Total | 72.07 | 845.70 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 19.95 | 19.95 |
| Starbridge Dental Employee + 1 | 7.90 | 7.90 |
| Child Support | 28.84 | 230.72 |
| Arrearages | 11.54 | 92.32 |
| Total | 68.23 | 350.89 |

| W2 Gross | 354.38 | 4,176.76 |
|---|---|---|

| Net Pay | 214.08 |
|---|---|

Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583