Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TREMBLAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEVRON STATIONS, INC., and DOE ONE through and including DOE TEN,<br><br>    Defendants. | Case No. CV 07-6009 EDL<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF COLLECTIVE ACTION**<br><br>Date: May 6, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Floor<br><br>*Assigned to Hon. Elizabeth D. LaPorte* |

1. TO EACH PARTY AND TO EACH PARTY'S ATTORNEY OF RECORD:
2. NOTICE IS HEREBY GIVEN that, on May 6, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom E of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff will move for an order granting collective-action certification.

The Motion will be made and based upon this Notice of Motion; the Harris Declaration in Support of Plaintiff's Motion for Certification of Collective Action ("Harris Declaration"); the Declarations of Catherine Tremblay and Dr. Andrew Safir that are attached as Exhibits to the Harris Declaration; Plaintiff's Memorandum of Points and Authorities in Support of Motion for Certification of Collective Action; and all of the pleadings, papers, and documents contained in the file of the within action.

This Motion is made pursuant to the February 19, 2008, Joint Case Management Statement, which Statement contemplates the filing of a motion for collective-action certification on April 1, 2008.

DATED: April 1, 2008

HARRIS & RUBLE

/s/

Alan Harris
*Attorney for Plaintiff*

## PROOF OF SERVICE

I am an attorney for Plaintiff herein, over the age of eighteen years, and not a party to the within action. My business address is Harris & Ruble, 5455 Wilshire Boulevard, Suite 1800, Los Angeles, California 90036. On April 1, 2008, I served the within document(s): **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF COLLECTIVE ACTION**.

I caused such document(s) to be delivered by hand in person to:

   N/A

I caused such document(s) to be delivered by fax or e-mail to:

   N/A

I am readily familiar with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business, addressed as follows:

   N/A

I caused such document(s) to be delivered via the Court's CM/ECF System to:

   Deborah Crandall Saxe
   dsaxe@jonesday.com

   Catherine Suzanne Nasser
   cnasser@jonesday.com

   Aaron L. Agenbroad
   alagenbroad@jonesday.com
   saltamirano@jonesday.com

I declare under penalty of perjury that the above is true and correct. Executed on April 1, 2008, at Los Angeles, California.

                              /s/
                              David Zelenski