EXHIBIT 2

Catherine Tremblay declares under penalty of perjury as follows:

(1) If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

(2) I am the Plaintiff in this action and submit this Declaration in support of my efforts to prosecute this case to a successful conclusion.

(3) On or about December 18, 2006, I was hired to work for Chevron Stations, Inc., in California. Copies of some of the wage statements that I was issued in connection with my work as a service station attendant are attached as Exhibit 1.

(4) During my employment with Chevron, I routinely worked "off the clock" for a great deal of time in excess of that for which I was compensated. I have never been compensated for these overtime hours, or for wages to which I am entitled on account of the Defendant's violation of the meal break and rest period laws. After my work for Chevron came to an end, I was not provided my last paycheck from Chevron until long after the next regularly scheduled payday.

(5) In connection with this lawsuit, I feel as though I can be a good representative of others who have worked for Chevron. My main concern is that all employees be treated fairly.

(6) As a class representative, if a class is certified, I understand that I will be acting as a representative of other, unnamed class members and that, as such a representative, I owe a duty of good faith to the unnamed class members and I will not act just in my own self-interest.

(7) My interest in prosecuting the lawsuit is to secure compensation for all of the members of the class for the Defendants' failure to comply with state and federal labor laws. I have not been promised any special monetary reward or treatment for acting as a class representative. I have no interest adverse to the members of the class as a whole and I believe that my individual claims are typical of the claims of the members of the class as a whole.

(8) I have already taken an active part of this litigation by conferring with counsel

From: 2263373    Page: 2/3    Date: 12/29/2007 8:53:49 AM
DEC-28-2007 15:21 FROM:HARRIS AND RUBLE    3239313366    ID:2263373    P.3

1  and assisting in gathering information for the prosecution of the lawsuit. I intend to
2  continue to take an active part in the litigation, to give a deposition, to participate in
3  settlement procedures such as mediation and to testify and otherwise participate in the
4  trial of this case. If there is a settlement of the case, I understand that my fiduciary
5  obligations to the class will continue until all settlement procedures are concluded and
6  the settlement funds are distributed to the class members.
7      I have read the foregoing and the facts set forth herein are true and correct of my
8  own personal knowledge. Executed December 29, 2007, in the County of Merrimack,
9  State of New Hampshire.

*Mrs. Catherine Tremblay*
Catherine Tremblay



Exhibit 1





REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Id | Social Security | Status | Deductions/Allowances | Number |
|---|---|---|---|---|---|
| CATHERINE TREMBLAY | 854417 | XXX-XX-4193 | Single | 00 4/01 CA/00 | 00003402 |

| Code | Payroll | Division | Department | Hire Date | Period Beg. | Period End. | Pay Date |
|---|---|---|---|---|---|---|---|
| CHEVRON | 2 | 1750 | | 12/18/06 | 01/12/07 | 01/18/07 | 01/31/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | |
| Shift Differential Paid | 9.0000 | 16.00 | 144.00 | 1,512.00 |
| Total | | | 348.00 | 1,776.00 |

| Taxes | | | Current | Year To Date |
|---|---|---|---|---|
| Federal Income Tax | | | 37.57 | 181.98 |
| Social Security (FICA) | | | 21.57 | 106.38 |
| Federal Medicare | | | 5.04 | 24.88 |
| California Income Tax | | | 4.38 | 21.48 |
| California State Disability | | | 2.09 | 10.28 |
| Total | | | 70.45 | 346.24 |

| After-Tax Deductions | | | Current | Year To Date |
|---|---|---|---|---|
| Child Support | | | 28.84 | 28.84 |
| Arrearages | | | 11.54 | 11.54 |
| Total | | | 40.38 | 40.38 |

| W2 Gross | | | 348.00 | 1,716.08 |

| Net Pay | | | 237.17 | |

Chevron Stations Inc. - PO BOX 3009 BOTHELL, WA 98041-3009



REMOVE DOCUMENT ALONG THIS PERFORATION

| | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| | | 24.00 | | 1,050.00 |
| | | | 177.00 | 2,000.00 |
| | | | | 7.00 |
| Total | | | 348.00 | 3,114.38 |

**Taxes**
| | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.12 | 325.00 |
| Social Security (FICA) | 21.60 | 195.00 |
| | 5.00 | 40.10 |
| California Income Tax | 4.04 | 85.00 |
| California State Disability | 2.00 | 15.00 |
| Total | 70.46 | 625.00 |

**After-Tax Deductions**
| | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 144.20 |
| Arrearages | 11.54 | 57.70 |
| Total | 40.38 | 201.90 |

| W2 Gross | 348.00 | 3,114.38 |

| Net Pay | 237.16 | |

Chevron Stations Inc. - 6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583



Chevron Stations Inc. - PO BOX 3009 BOTHELL, WA 98041-3009



[redacted]

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | Single | US-0/0 CA-0/0 | [illegible] |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CHEVRON | 2 | 1780 | | 12/18/06 | 03/26/07 | 04/01/07 | 04/06/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 16.00 | 136.00 | [illegible] |
| Shift Differential Paid | 9.0000 | 24.00 | 216.00 | [illegible] |
| Overtime 2 1.5 | | | | 19.12 |
| Total | | | 352.00 | 4,885.30 |

Your COE number is: h188

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.90 | 534.86 |
| Social Security (FICA) | 21.82 | 302.71 |
| Federal Medicare | 5.10 | 70.81 |
| California Income Tax | 4.40 | 61.85 |
| California State Disability | 2.11 | 29.30 |
| Total | 71.46 | 999.31 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 19.90 | 59.85 |
| Starbridge Dental Employee + 1 | 7.90 | 23.70 |
| Child Support | 28.84 | 288.40 |
| Arrearages | 11.58 | 115.40 |
| Total | 68.23 | 487.35 |

| W2 Gross | 352.00 | 4,885.30 |
|---|---|---|

| Net Pay | 212.31 |
|---|---|

Chevron Stations Inc. - 6001 BOLLINGER CANYON ROAD San Ramon, CA 94583

© 2000 ADP, Inc.



Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583





Chevron Stations Inc.  -  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| Earnings | Rate | Units | Current | Year To Date | | |
|---|---|---|---|---|---|---|
| | | | | 1,003.00 | | |
| | | 40.00 | 360.00 | 2,466.00 | | |
| | | | | 5.00 | | |
| Total | | | 360.00 | 3,474.30 | | |

| Taxes | | | |
|---|---|---|---|
| Federal Income Tax | | 36.17 | 327.76 |
| Social Security (FICA) | | 22.32 | 215.41 |
| Federal Medicare | | 5.22 | 50.38 |
| California Income Tax | | 4.63 | 40.60 |
| California State Disability | | 2.16 | 20.85 |
| Total | | 73.40 | 703.13 |

| After-Tax Deductions | | | |
|---|---|---|---|
| Child Support | | 28.84 | 173.04 |
| Arrearages | | 11.54 | 69.24 |
| Total | | 40.38 | 242.28 |

| W2 Gross | 360.00 | 3,474.30 |
|---|---|---|

| Net Pay | 246.15 |
|---|---|

Chevron Stations Inc. · 6001 BOLLINGER CANYON ROAD San Ramon, CA 94583

© 2006 ADP Inc



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|
| CATHERINE TREMBLAY | 0946172 | XXX-XX-4445 | Single | | |

| Code | Payexport | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| CHEVRON | 2 | 1755 | | 12/19/06 | 09/09/07 | 09/11/07 | 09/19/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | 8.5000 | 24.00 | 204.00 | 1,224.00 |
| Shift Differential Fund | 8.0000 | 18.00 | 144.00 | 2,398.00 |
| Overtime - 1.5x | | | 0.00 | 0.38 |
| Total | | | 348.00 | 3,622.38 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 410.22 |
| Social Security (FICA) | 21.58 | 236.90 |
| Federal Medicare | 5.04 | 55.42 |
| California Income Tax | 4.38 | 48.06 |
| California State Disability | 2.08 | 22.93 |
| Total | 70.45 | 773.53 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 28.84 | 201.88 |
| Arrearages | 11.54 | 80.78 |
| Total | 40.38 | 282.66 |

| W2 Gross | 348.00 | 3,622.38 |
|---|---|---|

| Net Pay | 237.17 | |
|---|---|---|

Chevron Stations Inc.   -   6001 BOLLINGER CANYON ROAD   San Ramon,   CA   94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee | | Id | Social Security | Status | | Exemptions/Allowances | | |
| | | 094617 | | single | | | | |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| CHEVRON | 2 | 1700 | | 12/15/06 | | | |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hourly | | | | |
| | | | | |
| | | | | |
| Total | | | 354.63 | 4,531.38 |

**Taxes**
| | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 36.37 | 456.98 |
| Social Security (FICA) | 21.99 | 280.84 |
| Federal Medicare | 5.15 | 65.71 |
| California Income Tax | 6.51 | 87.02 |
| California State Disability | 2.13 | 27.13 |
| Total | 72.15 | 917.66 |

**After-Tax Deductions**
| | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 19.95 | 39.90 |
| Starbridge Dental Employee + 1 | 7.90 | 15.80 |
| Child Support | 28.84 | 259.56 |
| Garnishment | 11.54 | 103.86 |
| Total | 68.23 | 419.12 |

| W2 Gross | 354.63 | 4,531.38 |
|---|---|---|

| Net Pay | 214.25 | |
|---|---|---|

Chevron Stations Inc.   ·   6001 BOLLINGER CANYON ROAD   San Ramon,   CA   94583



REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Id | Social Security | Status | Exemptions/Allowances | Number |
|---|---|---|---|---|---|---|---|
| CATHERINE TREMBLAY | | | 054617 | XXX-XX-4149 | Single | US-0/0  CA-0/0 | 040608122 |

| Co/Br | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|---|
| CS/0705C | | 2 | 1750 | | 12/18/06 | 03/12/07 | 03/18/07 | 03/23/07 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Pay | 8.5000 | 24.00 | 204.00 | 1,438.00 |
| | 6.0000 | 25.00 | 150.00 | 2,720.00 |
| Overtime | 12.7500 | 1.00 | 0.38 | 18.75 |
| Total | | | 354.38 | 4,176.75 |

**Taxes**
| | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 36.31 | 448.36 |
| Social Security (FICA) | 21.97 | 258.95 |
| Federal Medicare | 5.14 | 60.56 |
| California Income Tax | 4.50 | 52.56 |
| California State Disability | 2.15 | 25.06 |
| Total | 72.07 | 845.70 |

**After-Tax Deductions**
| | Current | Year To Date |
|---|---|---|
| Starbridge Option 1 - EE + 1 | 18.95 | 18.95 |
| Starbridge Dental Employee + 1 | 7.90 | 7.90 |
| Child Support | 28.84 | 230.72 |
| Arrearages | 11.54 | 92.32 |
| Total | 68.23 | 350.89 |

| W2 Gross | 354.38 | 4,176.75 |
|---|---|---|

| Net Pay | 214.08 | |
|---|---|---|

Chevron Stations Inc.  ·  6001 BOLLINGER CANYON ROAD  San Ramon,  CA  94583