Case 3:07-cv-06009-EDL   Document 26-4   Filed 04/01/2008   Page 1 of 5

EXHIBIT 3

> **NOTICE OF PENDENCY OF FEDERAL-LAW FAIR LABOR STANDARDS ACT COLLECTIVE ACTION**
> Tremblay v. Chevron Stations, Inc. United States District Court for the Northern District of California Case No. CV 07-6009 EDL

### PLEASE READ THIS NOTICE CAREFULLY

THIS NOTICE RELATES TO A FEDERAL-LAW FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND CONTAINS IMPORTANT INFORMATION REGARDING YOUR RIGHTS AS A POTENTIAL MEMBER OF THE COLLECTIVE ACTION (IF YOU OPT IN).

AS EXPLAINED IN MORE DETAIL BELOW, TO PARTICIPATE IN THE COLLECTIVE ACTION, YOU MUST OPT IN BY [insert date]. IF YOU FAIL TO OPT IN, YOU WILL RECEIVE NOTHING UNDER THE FAIR LABOR STANDARDS ACT ("FLSA") CLAIMS IN THIS LAWSUIT.

Pursuant to an Order of the United States Disctrict Court for the Nothern District of California (the "Court"), a federal-law collective action has been certified. In Tremblay v. Chevron Stations, Inc. United States District Court for the Northern District of California Case No. CV 07-6009 EDL (the "Litigation"), Catherine Tremblay has filed suit on your behalf, seeking payment of unpaid overtime wages and liquidated damages for certain employees who worked in Defendant's California service stations during the period from [three years prior to mailing of the notice] to [insert date of certification of the collective action]. The litigation may provide payments to Class Members who file Opt-In Forms with respect to the collective action. You will be bound by the result of the collective action, but only if you opt in.

This Notice is not intended to be, and should not be construed as, an expression of any opinion by the Court with respect to the truth of the allegations in the Litigation or the merits of the claims or defenses asserted. This Notice is to advise you of the case and your rights in connection with it.

### A. PURPOSE OF THIS NOTICE

The Court has certified the following collective action (the "Collective Action Class"): all natural persons who were employed by Chevron Stations, Inc. ("Chevron") in California service stations during the relevant period. Plaintiff claims that Chevron employees in California received illegally low overtime payments, due to Chevron's failure to properly compute the employee's base rate. Plaintiff claims the base rate did not include wages owing for missed meal and rest periods and may not have included the appropriate shift differential. Accordingly, Plaintiff claims that overtime was underpaid due to Chevron's failure to compute properly the correct base rate.

You may be a member of the Class. The purpose of this notice is to inform you about the matter and to discuss your rights and options with respect to the Litigation.

B. **DESCRIPTION OF THE LITIGATION**

Plaintiff contends that members of the Class were not provided overtime-wage payments in accordance with the federal Fair Labor Standards Act ("FLSA"), thereby entitling members of the Class to back wages, liquidated damages under the FLSA, and interest. Defendant denies Plaintiff's claims and contend that they complied with all applicable requirements of law.

Please be advised that the Court has not ruled on the merits of Plaintiff's claims or Defendant's defenses. Plaintiff must prove her claims to be successful. If you "opt in," you may be asked to participate in some court proceedings.

The attorneys representing the Collective-Action Class ("Class Counsel") are:

> Alan Harris
> David Harris
> David Zelenski
> Harris & Ruble
> 5455 Wilshire Boulevard, Suite 1800
> Los Angeles, California 90036
> Telephone: (323) 931-3777
> Facsimile: (323) 931-3366

The attorneys representing Defendant are:

**[to be provided by defense counsel]**

C. **TO PARTICIPATE IN THE COLLECTIVE ACTION**

If you were not employed by Chevron in one of its California service stations, please disregard this Notice. Plaintiff filed a lawsuit in which she claims that she is entitled to certain monetary compensation under the FLSA when an employer fails to make proper payment of wages. You may be entitled to collect such compensation if you join the lawsuit and if the lawsuit is successful. If you do not join the lawsuit, you will not receive any benefit from the suit in the event that it is successful. You would, however, have the right, should you so choose, to file your own separate lawsuit; however, it may be subject to the applicable statute of limitations.

If you desire to join the lawsuit, you must completely fill out and sign the attached form. In order to be valid, your request must be postmarked not later than [insert date]. You must mail it to:

> **Gilardi & Co., LLC**
> **[insert balance of address and phone contact]**

**D.    IF YOU DO NOTHING**

If you do nothing in response to this Notice, you will not receive any proceeds under the collective action, but you will have the right to adjudicate your own claims, if any, under the federal FLSA.

**E.    ADDITIONAL INFORMATION**

This Notice only summarizes the Litigation and other related matters. For more information, you may review the Court's files at the Office of the Clerk of the Court for the United States District Court, Northern Division of California, 450 Golden Gate Avenue, San Francisco, California 94102 during business hours of each business day. Any questions regarding this Notice or the Opt-In Form should be sent to Class Counsel at the address and telephone number set forth above. If your address changes or is different from the one on the envelope enclosing this Notice, please promptly notify Gilardi & Co., LLC.

**F.    REMINDER AS TO TIME LIMITS**

If you wish to submit an Opt-In Form, you must complete and return the enclosed Form to Class Counsel. Your Form must be postmarked on or before [insert date].

**PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE.**

# **OPT-IN FORM**

I wish to <u>join</u> the lawsuit as a party plaintiff under the Fair Labor Standards Act.

**Yes [ ]**

Please print your full name, present address, and telephone number, and then sign this Form and return it postmarked by [insert date].

Name _____

Address _____

Telephone number _____

**Signature** _____