EXHIBIT 4

Gilardi & Co, LLC                                                      Page 1 of 1



http://www.gilardi.com/                                                4/1/2008