Deborah C. Saxe (State Bar No. 81719)
dsaxe@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
CHEVRON STATIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Chevron Stations, Inc., a Delaware Corporation,<br><br>　　　　　Defendant. | **CASE NO. CV 07-6009 EDL**<br><br>DECLARATION OF AARON L. AGENBROAD IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION PURSUANT TO 29 U.S.C. § 216(b)<br><br>Date: May 6, 2008<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br><br>Complaint Filed: November 28, 2007<br><br>Hon. Elizabeth D. LaPorte |

**DECLARATION OF AARON AGENBROAD**

I, Aaron Agenbroad, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the courts of the State of California and before this court. I am a partner with the law firm of Jones Day and one of the principal attorneys representing Defendant Chevron Stations Inc. ("Defendant") in this matter. I submit this declaration in support of Defendant's Opposition to Motion for Class Certification of Collective Action Pursuant to 29 U.S.C. § 216(b). The facts stated here are within my personal knowledge. If called upon to do so, I could testify to these facts.

2. Attached hereto as **Exhibit A** is a true and correct certified copy of excerpts of Catherine Tremblay's deposition transcript, taken on March 14, 2008.

3. Attached hereto as **Exhibit B** is a true and correct certified copy of excerpts of Harold Eugene Morris' deposition transcript, taken on June 22, 2007, August 21, 2007, and October 26, 2007.

4. Attached hereto as **Exhibit C** is a final version of Defendant's proposed notice to potential opt-in plaintiffs.

5. Attached hereto as **Exhibit D** is a redlined version of Defendant's proposed notice to potential opt-in plaintiffs reflecting the changes made to Plaintiff's proposed notice.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

Executed this 15th day of April, 2008, at San Francisco, California.

_____/S/ Aaron L. Agenbroad_____
Aaron L. Agenbroad

SFI-581863v1

DECLARATION OF AARON AGENBROAD IN SUPPORT OF DEFENDANT'S OPPOSITION     2     CASE NO. CV 07-6009 EDL