Deborah C. Saxe (State Bar No. 81719)
dsaxe@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
CHEVRON STATIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chevron Stations, Inc., a Delaware Corporation,<br><br>Defendant. | CASE NO. CV 07-6009 EDL<br><br>DECLARATION OF RUTH MCDONALD IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION OF COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

I, Ruth McDonald, declare as follows,

1. I am a Team Leader, Benefits & Payroll, North America Marketing -- Retail Programs of Chevron Stations Inc. The following is based on my personal knowledge or upon my review of Company records maintained in the ordinary course of business and, if called upon to do so, I could and would testify competently thereto.

DECLARATION OF RUTH MCDONALD       1       CASE NO. CV 07-6009 EDL

2. As of April 8, 2008, Chevron Stations Inc. employed 4,054 individuals primarily in 417 service stations spread across five states. The five states include California, Florida, Hawaii, Oregon and Washington.

3. Of the 4,054 current employees, 3,273 employees are full-time (32 hours or more a week) and 781 employees are part time (less then 32 hours per week).

4. These employees work in a variety of service station jobs including, Cashier, Lead Cashier, Assistant Manager and Manager job titles. Chevron Stations Inc. also employs non-service station personnel, including, Trainers, Auditors, Acting Business Consultants and OE Specialists. Based upon federal and state law, some of these positions are exempt from the FLSA and related state laws, while others are non-exempt positions.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 14 day of April, 2008 in San Ramon, California.

_____
Ruth McDonald

SFI-581733v1