# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**                      **Date:** May 6, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-06009 EDL

**Title:**     CATHERINE TREMBLAY v. CHEVRON STATIONS, INC

**Attorneys:**     Plaintiff:     Alan Harris, David Harris
                 Defendant:     Aaron Agenbroad, Catherine Nasser

**Deputy Clerk:**     Lili M. Harrell      **Court Reporter:** Connie Kuhl
                                                          (Time: 9:26am - 9:52am/10:34am - 10:35am )

| **PROCEEDINGS:** | **RULINGS:** |
|---|---|
| Plaintiff's Motion for Certification of Collective Action | Granted |

**ORDERED AFTER HEARING:** Parties shall draft the order and submit to the Court.

**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: