Deborah C. Saxe (State Bar No. 81719)
dsaxe@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
CHEVRON STATIONS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TREMBLAY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CHEVRON STATIONS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No.  CV 07-6009 EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING MOTION FOR CONDITIONAL CERTIFICATION OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION AND APPROVAL OF NOTICE**<br><br>Date:  May 6, 2008<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on May 6, 2008, the hearing on Plaintiff's Motion for Conditional Certification of a Collective Action, came before the Honorable Elizabeth D. LaPorte, in Courtroom E, 15th Floor of the United States District Court, Northern District of California;

WHEREAS, the Court granted Plaintiff's Motion for Conditional Certification of a Collective Action;

WHEREAS, the parties have jointly agreed to the form of Notice to all potential Plaintiffs, a true and correct copy of which is attached hereto as Exhibit 1;

It is hereby Ordered that:

1. Defendant Chevron Stations Inc. shall forthwith provide to Gilardi and & Co. LLC, the name and the last known address of all current and former Chevron Stations Inc. employees who worked one or more graveyard shifts in California from November 28, 2004 through May 6, 2008;

2. To ensure the most complete and accurate mailing reasonably possible, Gilardi & Co. will mail a copy of Exhibit 1 to all individuals on the list provided by Chevron Stations Inc. and to such list as updated by the National Change of Address database;

3. To the extent the Notices are returned to Gilardi & Co. as not deliverable, Gilardi & Co. shall update the address using Lexis, and remail the Notice once.

///
///
///
///
///
///
///
///
///

JOINT STIPULATION AND [PROPOSED] ORDER

1

2      4.  The Chevron Stations Inc. employees or former employees who return executed

3  opt-in Notices shall be deemed to have opted into this litigation as of the date on which

4  Gilardi and Co. receives their executed opt in form.

5

6  DATED:  May 6, 2008                          HARRIS & RUBLE

7

8                                               _____/S/ Alan Harris_____
                                               Alan Harris
9                                               *Attorneys for Plaintiff*

10

11  DATED:  May 6, 2008                          JONES DAY

12

13                                               _____/S/ Aaron L. Agenbroad_____
                                               Aaron L. Agenbroad
14                                               *Attorneys for Defendant*
                                               *Chevron Stations, Inc.*

15

16  **IT IS HEREBY ORDERED:**

17

18  DATED:  _____                          _____

19                                                 The Hon. Elizabeth D. LaPorte

20

21  SFI-583196v3

22

23

24

25

26

27

28