UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Tremblay,<br><br>        Plaintiff,<br><br>    v.<br><br>Chevron Stations, Inc.,<br><br>        Defendant.<br>_____/ | No. C 07-6009 EDL (WDB)<br><br>CLERK'S NOTICE CHANGING TIME OF SETTLEMENT CONFERENCE TO 1:00 P.M. |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for Tuesday, June 17, 2008, at 2:00 p.m., in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, has been moved to **1:00 p.m.**

Dated: June 6, 2008

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            *Michelle Sicula*
                                            By:  Michelle L. Sicula
                                                  Law Clerk/Deputy Clerk

cc: parties,
EDL, WDB

1