Deborah C. Saxe (State Bar No. 81719)
dsaxe@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone:  (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
CHEVRON STATIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chevron Stations, Inc., a Delaware Corporation,<br><br>Defendant. | **CASE NO. CV 07-6009 EDL**<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT CHEVRON STATIONS INC.'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS SOON TO BE FILED MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         July 29, 2008<br>Time:        9:00 a.m.<br>Courtroom: E, 15th Floor<br><br>Complaint Filed:  November 28, 2007<br><br>Hon. Elizabeth D. LaPorte |

Based on the papers filed in support of and opposition to Defendant Chevron Stations Inc.'s ("Defendant") motion to stay discovery pending resolution of its soon to be filed motion for judgment on the pleadings, and oral argument thereon,

PROPOSED ORDER
SFI-586161v1
1
CASE NO. CV 07-6009 EDL

IT IS HEREBY ORDERED THAT:

Defendants' motion is GRANTED. Defendant Chevron Stations Inc.'s request that the Court enter an order staying all discovery until a ruling is made on its soon to be filed motion for judgment on the pleadings is GRANTED.

Dated: June ___, 2008

_____
Elizabeth D. LaPorte
U.S. Magistrate Judge