Deborah C. Saxe (State Bar No. 81719)
dsaxe@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
CHEVRON STATIONS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chevron Stations, Inc., a Delaware Corporation,<br><br>Defendant. | **CASE NO. CV 07-6009 EDL**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: July 1, 2008<br>Time: 10:00 a.m.<br>Courtroom: E, 15th Floor<br><br>Complaint Filed: November 28, 2007<br><br>Hon. Elizabeth D. LaPorte |

Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of California, all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, the complaint in this action was filed on November 28, 2007;

1     WHEREAS, the Court has scheduled a Case Management Conference for July 1, 2008, and ordered the parties to submit a Joint Case Management Statement by June 24, 2008;

3     WHEREAS, the parties participated in a settlement conference before Magistrate Judge Wayne D. Brazil on June 17, 2008, and, subsequent to that settlement conference, the parties have reached a tentative agreement to settle the instant action;

6     WHEREAS, as part of that tentative agreement, the claims and settlement in the instant action will be incorporated into the class settlement in *Sandoval v. Chevron Stations, Inc.*, Case No. CV 061690 ("*Sandoval*"), and the related case *Morris v. Chevron Stations, Inc*., Case No. BC361380 ("*Morris*"), pending before the Honorable Judge Victoria Chaney in the Superior Court, Los Angeles County;

11     WHEREAS, in light of the tentative agreement in the instant action, the parties in *Sandoval/Morris* will seek to continue the Preliminary Approval Hearing in that matter, which is currently set for June 27, 2008, for fourteen to twenty-one days, in order to formally incorporate the *Tremblay* claims and settlement into the *Sandoval/Morris* proceedings and settlement;

15     WHEREAS, the parties believe that, in the interests of efficiency and of avoiding potentially unnecessary expenses, the Case Management Conference should be continued for sixty (60) days to allow the parties to amend any pleadings or other filings in the *Sandoval/Morris* matters, finalize their settlement documents, allow for Judge Chaney to grant Preliminary Approval of the settlement in *Sandoval/Morris* and to thereafter seek the dismissal of the instant action;

21     IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

23     1. The Case Management Conference and the deadline for filing a Case Management Statement are hereby continued for sixty (60) days.

25     2. The parties must file a Joint Case Management Statement at least seven (7) days before the Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: June 24, 2008 | JONES DAY |
| 2 | | |
| 3 | | By:   /S/ Aaron L. Agenbroad |
| 4 | |      Aaron L. Agenbroad |
| 5 | | Attorneys for Defendant<br>CHEVRON STATIONS INC. |
| 6 | Dated: June 24, 2008 | HARRIS & RUBLE<br>NORTH BAY LAW GROUP |
| 7 | | |
| 8 | | By:   /S/ David Harris |
| 9 | |      David Harris |
| 10 | | Attorneys for Plaintiff<br>CATHERINE TREMBLAY. |

**PURSUANT TO STIPULATION, the Case Management Conference is continued to _____, 2008.**

**IT IS SO ORDERED.**

Dated: June \_\_\_, 2008

_____
Magistrate Judge Elizabeth D. LaPorte
United States District Court Judge

SFI-586458v2

# Exhibit A

| | | |
|---|---|---|
| 1 | Dated: June 24, 2008 | JONES DAY |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Aaron L. Agenbroad |
| 5 | | Attorneys for Defendant<br>CHEVRON STATIONS INC. |
| 6 | Dated: June 24, 2008 | HARRIS & RUBLE<br>NORTH BAY LAW GROUP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | David Harris |
| 10 | | Attorneys for Plaintiff<br>CATHERINE TREMBLAY. |

**PURSUANT TO STIPULATION,** the Case Management Conference is continued to _____, 2008.

**IT IS SO ORDERED.**

Dated: June ___, 2008

_____
Magistrate Judge Elizabeth D. LaPorte
United States District Court Judge

SFI-586458v2