**United States District Court**
For the Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7
8   CATHERINE TREMBLAY
          Plaintiff,                          No. C07-06009 EDL
9
       v.                                     CLERK'S NOTICE
10
    CHEVRON STATIONS, INC.,
11
          Defendant.
12   _____/
13
       TO ALL PARTIES AND COUNSEL OF RECORD:
14
    YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Stay Discovery, document 40,
15
    noticed for July 29, 2008 at 9:00 a.m. has been continued to August 5, 2008 at 9:30 a.m. before
16
    Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.
17
18
    Dated:  July 3, 2008
19
                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk
20
21
                                        by: 
22                                            Lili M. Harrell
                                              Courtroom Deputy
23
24
25
26
27
28