Deborah C. Saxe (State Bar No. 81719)
dsaxe@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
CHEVRON STATIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Catherine Tremblay, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chevron Stations, Inc., a Delaware Corporation,<br><br>Defendant. | **CASE NO. CV 07-6009 EDL**<br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO STAY DISCOVERY**<br><br>Date: August 5, 2008<br>Time: 9:30 a.m.<br>Courtroom: E, 15th Floor<br><br>Complaint Filed: November 28, 2007<br><br>Hon. Elizabeth D. LaPorte |

PLEASE TAKE NOTICE that Defendant Chevron Stations Inc. hereby withdraws its Motion to Stay Discovery Pending Resolution of Its Soon To Be Filed Motion For Judgment On The Pleadings, which is currently on the Court's calendar for August 5, 2008, at 9:30 a.m., before the Honorable Elizabeth D. LaPorte, and requests that the Court take the motion off calendar.

DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO STAY DISCOVERY  1  CASE NO. CV 07-6009 EDL

This withdrawal is without prejudice and Defendant reserves its right to re-file this motion or a motion raising similar issues at a later date should the need arise.

Dated: July 23, 2008                         JONES DAY


                                             By:   /S/ Aaron L. Agenbroad
                                                   Aaron L. Agenbroad

                                             Attorneys for Defendant
                                             CHEVRON STATIONS INC.

SFI-588377v1