**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE TREMBLAY,

    Plaintiff,

v.

CHEVRON STATIONS, INC.,

    Defendant.
_____/

No. C 07-06009 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference set for September 2, 2008 has been continued to September 16, 2008 at 3:00 p.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: August 29, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/ Lili M. Harrell
Lili M. Harrell
Courtroom Deputy