Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone:  (323) 931-3777
Facsimile:  (323) 931-3366
law@harrisandruble.com
dzelenski@harrisandruble.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE TREMBLAY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>CHEVRON STATIONS, INC., a Delaware Corporation,<br><br>       Defendant. | Case No.  CV 07-6009 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE FOR COMPLETION OF CONDITION SUBSEQUENT** |

WHEREAS on or about April 21, 2006, Dalila Sandoval filed a putative class-action complaint in Marin County Superior Court, *Sandoval v. Chevron Stations, Inc.*, Case No. CV 061690;

WHEREAS on or about November 2, 2006, Harold Morris filed a putative class-action complaint in Los Angeles Superior Court, *Morris v. Chevron Stations, Inc.*, Case No. BC 361380;

WHEREAS by stipulation, *Sandoval* was transferred to the Los Angeles Superior Court, and both *Sandoval* and *Morris* are pending before the Honorable Victoria G. Chaney in Department 324 of the Los Angeles Superior Court;

WHEREAS the second amended complaint in *Sandoval* alleges causes of action

1   for the failure to pay minimum wages under California law, the failure to pay overtime

2   wages under California law, the failure to provide meal periods, the failure to allow rest

3   periods, the failure to pay all wages due each pay period, the failure to pay all wages

4   timely upon termination, the failure to provide accurate wage statements, unfair

5   competition, and civil penalties;

6   WHEREAS the operative complaint in *Morris* alleges causes of action for the

7   failure to pay minimum wages under California law, the failure to pay overtime wages

8   under California law, the failure to pay wages at contractual rates, the failure to provide

9   meal periods, the failure to provide timely and accurate wage statements, and unfair

10  competition;

11  WHEREAS Plaintiff Catherine Tremblay filed a Class Action Complaint in this

12  Court on November 28, 2007, and a First Amended Complaint on March 13, 2008;

13  WHEREAS Plaintiff Tremblay's First Amended Complaint alleges causes of

14  action for missed meal and rest breaks, the failure to pay all wages timely upon

15  termination, the failure to provide accurate wage statements, the failure to pay minimum

16  wages and overtime compensation under California law arising from off-the-clock work,

17  the miscalculation of employees' regular rates of pay under the federal Fair Labor

18  Standards Act ("FLSA"), unfair competition, and civil penalties;

19  WHEREAS pursuant to 29 U.S.C. § 216(b), this Court conditionally certified an

20  FLSA collective action for all individuals who worked on one or more graveyard shifts at

21  one or more of Defendant's service stations in California as a non-exempt employee after

22  November 28, 2004;

23  WHEREAS on May 8, 2008, plaintiff Sandoval, plaintiff Morris, and their counsel

24  participated in a day-long mediation session before Mark Rudy, Esq., a highly respected

25  mediator in the field of wage-and-hour class actions, which mediation session culminated

26  with the signing of a memorandum of understanding ("MOU") setting out the key terms

27  of a settlement agreement;

28  WHEREAS counsel for plaintiff Sandoval and plaintiff Morris thereafter were in

1   contact with Plaintiff Tremblay's counsel, and all were in agreement that they would

2   attempt to settle *Tremblay* along with *Sandoval* and *Morris*;

3       WHEREAS on June 17, 2008, a settlement conference in *Tremblay* was held in

4   U.S. District Court for the Northern District of California, United States District Court

5   Magistrate Judge Wayne Brazil presiding;

6       WHEREAS counsel for Plaintiff Tremblay and counsel for Defendant attended the

7   settlement conference, as well as counsel for plaintiff Sandoval;

8       WHEREAS the settlement conference led to further negotiations that ultimately

9   culminated in an agreement (1) to stipulate to the dismissal of the *Tremblay* First

10   Amended Complaint with prejudice, (2) to stipulate to the filing of a third amended

11   complaint in *Sandoval* to include Plaintiff Tremblay as a named plaintiff, add Plaintiff

12   Tremblay's attorneys as counsel for Tremblay, and include the FLSA claim that was

13   made in Tremblay, and (3) to modify the MOU signed at the mediation of *Sandoval* and

14   *Morris* to make changes that benefit the class members and to designate the *cy pres*

15   recipient as the Labor and Workforce Development Agency of the California Department

16   of Industrial Relations;

17       WHEREAS the third amended complaint in *Sandoval* has been filed with the

18   Court;

19       WHEREAS on September 5, 2008, Plaintiff Tremblay and Defendant filed a

20   Stipulation re Dismissal of Case with Prejudice upon Completion of Condition

21   Subsequent ("Stipulation") that provided that the above-captioned action would be

22   dismissed with prejudice "after the Court in *Sandoval* enters a final order granting

23   approval of the class-action settlement (the "Final Order") and the Final Order is no

24   longer subject to appeal";

25       WHEREAS the Court approved the Stipulation and signed the Order thereon on

26   September 11, 2008;

27       WHEREAS on December 8, 2008, the Los Angeles Superior Court granted final

28   approval of the class-action settlement reached in *Sandoval*; and

1    WHEREAS the Final Order is no longer subject to appeal, as no objections to the

2  class-action settlement in *Sandoval* were ever filed with the Los Angeles Superior Court.

3    **WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the First

4  Amended Complaint in *Tremblay* be dismissed with prejudice.

5    **IT IS SO STIPULATED**.

6  DATED:  December 19, 2008                    HARRIS & RUBLE

7                                               _____/s/_____

8                                               Alan Harris
                                                David Zelenski
9                                               *Attorneys for Plaintiff*

10

11  DATED:  December 19, 2008                    JONES DAY

12                                              _____/s/_____

13                                              Deborah Saxe
                                                Aaron L. Agenbroad
14                                              *Attorneys for Defendant*

15

16    **IT IS SO ORDERED**.

17

18  DATED:   December 19, 2008

19                                              Hon. Elizabeth D. LaPorte

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER DISMISSING CASE FOR COMPLETION OF CONDITION SUBSEQUENT